Name: MATTHEW T. GARDINER
Address: 501 N WASHINGTON, LIBERAL KS 67901

FILED
JUN 11 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MATTHEW T. GARDINER, Plaintiff
(Full Name)

V.

SEWARD COUNTY SHERIFF AND SIX UNKNOWN BUT NAMED OFFICERS, Defendant(s)

CASE NO. 15-3151-SAC-DTW
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) MATTHEW T. GARDINER (Plaintiff), is a citizen of KANSAS (State) who presently resides at SEWARD COUNTY JAIL - 501 N WASHINGTON, LIBERAL KS 67901 (Mailing address or place of confinement.)

2) Defendant BILL MCBRYDE (Name of first defendant) is a citizen of LIBERAL KANSAS (City, State), and is employed as SEWARD COUNTY SHERIFF (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

ACTING IN HIS OFFICIAL CAPACITY HE PERMITS AND PROMOTES THE UNLAWFULL RESTRAINTS AND EXCESSIVE USE OF FORCE

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983            1

3) Defendant GENE WARD is a citizen of
   (Name of second defendant)
   LIBERAL KANSAS, and is employed as
   (City, state)
   SEWARD COUNTY UNDERSHERIFF. At the time the
   (Position and title, if any)
   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

   ACTING IN HIS OFFICIAL CAPACITY HE PERMITS AND PROMOTES THE EXCESSIVE USE OF FORCE

   (Use the back of this page to furnish the above information for additional defendants.)

   SEE ATTACHMENTS #1 AND #2

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   42 U.S.C. §§ 1985 & 1986
   18 U.S.C. §§ 241 & 242

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   PLAINTIFF IS 5'-7" TALL WEIGHS 114 LBS. 6 OFFICERS ENTERED THE PLAINTIFFS CELL AND BEAT, KICKED AND RESTRAINED HIM CAUSING REAL AND IRREPARABLE HARM, PHYSICALLY EMOTIONALLY AND MENTALLY PLAINTIFF REQUESTED MEDICAL CARE AND IS STILL BEING DENIED.

1A. DEFENDANT _John Doe #1_ IS A CITIZEN OF _LIBERAL KANSAS_ AND IS EMPLOYED AS _DEPUTY, SEWARD COUNTY SHERIFF DEPT._ AT THE TIME OF THE CAUSE OF ACTION IN THIS COMPLAINT, THE DEFENDANT WAS ACTING UNDER COLOR OF STATE LAW BY: _USING HIS POSITION TO JUSTIFY THE EXTREMELY EXCESSIVE FORCE USED TO RESTRAIN THE PLAINTIFF_

1B. DEFENDANT _John Doe #2_ IS A CITIZEN OF _LIBERAL KANSAS_ AND IS EMPLOYED AS _DEPUTY, SEWARD COUNTY SHERIFF DEPT._ AT THE TIME OF THE CAUSE OF ACTION IN THIS COMPLAINT, THE DEFENDANT WAS ACTING UNDER COLOR OF LAW BY _USING HIS POSITION TO JUSTIFY THE EXTREMELY EXCESSIVE FORCE USED TO RESTRAIN THE PLAINTIFF_

1C. DEFENDANT _John Doe #3_ IS A CITIZEN OF _LIBERAL KANSAS_, AND IS EMPLOYED AS _DEPUTY, SEWARD COUNTY SHERIFF DEPT._ AT THE TIME OF THE CAUSE OF ACTION IN THIS COMPLAINT THE DEFENDANT WAS ACTING UNDER COLOR OF LAW BY _USING HIS POSITION TO JUSTIFY THE EXTREMELY EXCESSIVE FORCE USED TO RESTRAIN THE PLAINTIFF_.

1D. DEFENDANT _John Doe #4_ IS A CITIZEN OF _LIBERAL KANSAS_ AND IS EMPLOYED AS _DEPUTY SEWARD COUNTY SHERIFF DEPT._ AT THE TIME OF THE CAUSE OF ACTION IN THIS COMPLAINT, THE DEFENDANT WAS ACTING UNDER COLOR OF STATE LAW BY _USING HIS POSITION TO JUSTIFY THE EXTREMELY EXCESSIVE USE OF FORCE TO RESTRAIN THE PLAINTIFF_

ATTACHMENT #1

1E. Defendant John Doe #5 is a citizen of Liberal Kansas and is employed as Deputy Seward County Sheriff Dept. At the time of the cause of this action, the defendant was acting under color of law by: using his position to justify the extremely excessive force used to restrain the plaintiff.

1F. Defendant John Doe #6 is a citizen of Liberal Kansas and is employed as Deputy Seward County Sheriff Dept. At the time of the cause of action in the complaint, the defendant was acting under color of state law by: using his position to justify the extremely excessive use of force on the plaintiff.

Attachment #2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: 8TH AMENDMENT VIOLATION - SUBJECTED TO CRUEL & UNUSUAL PUNISHMENTS BY USE OF EXTREMELY EXCESSIVE FORCE

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

THE 6 UNKNOWN NAMED OFFICERS ENTERED THE PLAINTIFFS CELL AND RESTRAINED HIM AND BEAT HIM.

B) (1) Count II: VIOLATION OF 8TH AMENDMENT TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT - DENIAL OF MEDICAL CARE

(2) Supporting Facts: PLAINTIFF HAS REPEATEDLY REQUESTED MEDICAL ATTENTION FOR INJURIES SUFFERED DURING THE BEATING.

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑ No ☐. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:
       Plaintiffs: MATTHEW T. GARDINER ~~SEWARD COUNTY SHERIFF~~
       Defendants: SEWARD COUNTY SHERIFF ET AL

    b) Name of court and docket number US DISTRICT COURT D. KAN 15-CV 3110, 3112, 3113, 3124

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) PENDING

    d) Issues raised LACK OF MEDICAL CARE, NO ACCESS TO PSYCHOLOGICAL CARE, UNSANITARY LIVING CONDITION, NO HYGENE - NO SOAP - TOOTHPASTE - BLACK MOLD - OPEN SEWER PIPES - CONSPIRACIES TO DENY RIGHTS

XE-2 8/82     CIVIL RIGHTS COMPLAINT §1983     4

e) Approximate date of filing lawsuit  5/6/15   5/24/15

f) Approximate date of disposition  PENDING

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

VERBAL REQUESTS
WRITTEN REQUESTS
WRITTEN GRIEVANCES
CIVIL COMPLAINT IN COUNTY COURT
HEARING SET - 6-26-15 - DIFFERENT ISSUES

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

7 MILLION IN PUNITIVE DAMAGES
2 MILLION FOR PHYSICAL PAIN & SUFFERING + HEARING LOSS
$250,000 FOR EXTREME EMOTIONAL DISTRESS
$250,000 FOR EXTREME ANXIETY
$150,000 FOR EXTREME MENTAL ANGUISH

_____  _____
Signature of Attorney (if any)   Signature of Petitioner

MATTHEW T. GARDINER
    PLAINTIFF PRO SE
501 N. WASHINGTON
LIBERAL KANSAS 67901
(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983