IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW T. GARDINER<br><br>　　　　Plaintiff,<br><br>v.<br><br>BILL McBRYDE, et al.,<br><br>　　　　Defendants. | Case No. 15-3151-DDC-JPO |

## STATUS REPORT

Pursuant to the Court's December 7, 2020 Order (Doc. 173), Plaintiff's counsel provides the following status report:

　　　1.　　As the Court is aware, the February 22, 2021 jury trial setting for this matter was vacated and continued to a date to be determined pursuant to the Court's order.  Doc. 176.

　　　2.　　As the Court may recall from Plaintiff's prior status report, Plaintiff requested that his parole supervision be transferred to California from Texas.

　　　3.　　Plaintiff's transfer request was approved, and he relocated to California on January 5, 2021.

　　　4.　　Per the Court's direction that Plaintiff provide an update concerning whether any restrictions apply to him that affect his ability to travel to Kansas for the trial in this action, Plaintiff reports that, at present, he would need to apply for and obtain authorization to travel outside of California.  However, Plaintiff does not currently know of any reason why such an application by him would be denied.  Rather, if such approval is still required once the trial is reset, he expects that his request to travel to Kansas for the trial will be approved.

5. Plaintiff will update this status report in the event of any change that he believes would inhibit his ability to travel to Kansas for trial, and as may be otherwise requested by this Court.

Dated: January 14, 2021

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ Stacey R. Gilman
Anthony J. Durone, Kansas Bar No. 17492
Stacey R. Gilman, Kansas Bar No. 21892
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
adurone@berkowitzoliver.com
sgilman@berkowitzoliver.com

**Attorneys for Plaintiff Matthew T. Gardiner**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to participating CM/ECF users.

/s/ Stacey R. Gilman
**Attorney for Plaintiff Matthew T. Gardiner**